Edith Sanchez Shea (SBN 177578)
E-mail: eshea@bwslaw.com
Keiko J. Kojima (SBN 206595)
E-mail: kkojima@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600    Fax: 213.236.2700

Attorneys for Plaintiff
North American Company for Life and Health Insurance

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ROBERT McINTYRE,<br><br>　　　　　Defendant. | Case No. 8:20-cv-01608 MCS (KESx)<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>**[Filed concurrently with (Proposed) Order]** |

　　　　IT IS HEREBY STIPULATED by and between Plaintiff North American Company for Life and Health Insurance and Defendant Robert McIntyre that this

///
///
///
///
///

action be dismissed as to all parties, with prejudice, and in its entirety, with each party to bear their own attorneys' fees and costs.

Respectfully submitted,

DATED: December 2, 2020            BURKE, WILLIAMS & SORENSEN, LLP

By: /s/ Edith S. Shea
EDITH SANCHEZ SHEA
KEIKO J. KOJIMA
Attorneys for Plaintiff North American Company for Life and Health Insurance

DATED: December NO 2, 2020         LAW OFFICE OF PATRICK C. CARROLL

By: [signature]
PATRICK C. CARROLL
Attorney for Defendant Robert McIntyre

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4842-7503-1507 v1

- 2 -

CASE NO. 8:20-cv-01608 MCS (KESx)
STIPULATION TO DISMISS ACTION WITH PREJUDICE